**CLARKSON LAW FIRM, P.C.**
Ryan J. Clarkson (SBN 257074)
rclarkson@clarksonlawfirm.com
Shireen M. Clarkson (SBN 237882)
sclarkson@clarksonlawfirm.com
Yana Hart (SBN: 306499)
yhart@clarksonlawfirm.com
9255 Sunset Blvd., Suite 804
Los Angeles, CA 90069
Tel: (213) 788-4050
Fax: (213) 788-4070

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE ESCOBAR and ANNEMARIE NEWBOLD, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SNAPPLE BEVERAGE CORP. and KEURIG DR. PEPPER INC.,<br><br>Defendants. | Case No. 2:21-cv-03987-PA-MRW<br><br>**CLASS ACTION**<br><br>Hon. Percy Anderson<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**<br><br>Complaint Filed:   May 12, 2021 |

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41, Plaintiffs Stephanie Escobar and Annemarie Newbold, individually and on behalf of all others similarly situated ("Plaintiff"), by and through their counsel Ryan J. Clarkson and Yana Hart of Clarkson Law Firm, P.C., hereby voluntarily dismisses this action without prejudice. Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: May 20, 2021              **CLARKSON LAW FIRM, P.C.**

*/s/* Yana Hart
Ryan J. Clarkson, Esq.
Yana Hart, Esq.

Attorneys for Plaintiff